IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA    )
COUNTY OF MONTGOMERY)

## VERIFICATION

I, Task Force Agent Stephen Brock, hereby verify and declare under penalty of perjury that I am a Task Force Agent with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint in rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Agent of the United States Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2 day of AUGUST, 2005.

STEPHEN BROCK, Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this the ___2nd___ day of ___August___, 2005.

                                                _____Deborah Shaw_____
                                                Notary Public
                                                Commission Expires: __10.5.05__