**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

PSN 8

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 2:05CV720-m |
| **DEFENDANT** One 2000 Ford F-150 Truck, VIN: 2FTRX07LXYCA71424 | **TYPE OF PROCESS** Complaint, Notice, & Warrant |

RECEIVED 2005 AUG -2 P 4:43 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Def Vehicle
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): c/o USMS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

05-DEA-449448

RECEIVED 2005 AUG 18 A 8:0? UNITED STATES MARSHALS SERVICES MIDDLE ALABAMA

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 8/2/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: /
District of Origin No.: 2
District to Serve No.: 2
Signature of Authorized USMS Deputy or Clerk: H. Chavers
Date: 8/18/05

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above):

RETURNED AND FILED AUG 2 4 2005 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA

Address (complete only different than shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/24/05
Time: 8:30 [X] am [ ] pm
Signature of U.S. Marshal or Deputy: C.J. Tatom

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 3.65 | 0 | 48.65 | 0 | 48.65 |

**REMARKS:**

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00