| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" | PSN 4 |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CV720-m |
|---|---|
| DEFENDANT<br>One 2000 Ford F-150 Truck, VIN: 2FTRX07LXYCA71424 | TYPE OF PROCESS<br>Complaint, Notice, & Warrant |

RECEIVED 2005 AUG -2 P 4:42

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
IRENE NUNN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1501 WESTLYN AVE; CLAINTON AL 35045

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE<br>JOHN T. HARMON, AUSA<br>P. O. BOX 197<br>MONTGOMERY AL 36101-0197 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

05-DEA-449448
(205)755-9922

RECEIVED 2005 AUG 18 A 8:00 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>8/2/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chaves | Date<br>8/18/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Calvin Ann Sartain (Daughter) | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 8/26/05 | Time 9:53 ☒am ☐pm |
| | Signature of U.S. Marshal or Deputy<br>Ernest William |

| Service Fee<br>$45.00 | Total Mileage Charges including endeavors)<br>$32.40 | Forwarding Fee | Total Charges<br>$77.40 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund)<br>RETURNED AND FILED |
|---|---|---|---|---|---|

REMARKS:  80 miles

AUG 29 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |