IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO.: 2:05cv720-M |
| | * | |
| ONE 2000 FORD F-150 TRUCK, | * | |
| VIN 2FTRX07LXYCA71424, | * | |
| WITH ALL APPURTENANCES | * | |
| AND ATTACHMENTS THEREON, | * | |
| DEFENDANT. | * | |

## ANSWER TO COMPLAINT FOR FORFEITURE IN REM

COMES NOW the Defendant through its true and lawful owners, Calvin Ann Sartain and Irene Nunn, by and through their attorney of record, Joel S. Rogers, III, and as their answer to the complaint for forfeiture filed in this matter, would set forth the following:

1. The averments of paragraph one of the complaint are admitted.

2. Defendant does admit that jurisdiction and venue are proper.

3. Admitted, except as to the date of seizure of the vehicle, which is denied.

4. The Defendant denies all averments of paragraph 5a), 5b), 5c), and 5d) of the complaint and demands strict proof thereof.

5. The Defendant denies the averments of paragraph seven (7) of the complaint and demands strict proof thereof.

6. The Defendant denies the averments of paragraph eight (8) of the Complaint and demands strict proof thereof.

                              **Joel S. Rogers, III**
                              Attorney at Law
                              Post Office Box 1580
                              Clanton, Alabama 35046-1580
                              Telephone: (205) 755-7880
                              Facsimile: (205) 755-7881
                              Email: joelsrogers@bellsouth.net
                              Bar No.: ASB-4922-R52J

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have served a copy of the foregoing upon all counsel of record as listed below by placing a copy of same in U.S. Mail, postage pre-paid and properly addressed this the 23rd day of September, 2005.

Mr. John T. Harmon, Esq.
Asst. US Attorney
Post Office Box 197
Montgomery, AL 36101-0197

                              **Joel S. Rogers, III**