IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | *<br>*<br>* | |
| VS. | * | CIVIL ACTION NO.: 2:05cv720-M |
| | * | |
| ONE 2000 FORD F-150 TRUCK,<br>VIN 2FTRX07LXYCA71424,<br>WITH ALL APPURTENANCES<br>AND ATTACHMENTS THEREON,<br>DEFENDANT. | *<br>*<br>*<br>*<br>* | |

### VERIFIED CLAIM OF OWNERS TO CONTEST FORFEITURE

COME NOW Calvin Ann Sartain and Irene Nunn, the mother and grandmother of Michael Tyrone Cooper, respectively, and file our claim to the 2000 Ford F-150 Truck, VIN 2FTRX07LXYCA71424, as we are the true and lawful owners of said truck, and would set out as follows:

1. We bought and paid for said Ford truck with money of our own which was not obtained by any illegal means, especially not from any violation of the Controlled Substances Act.

2. We allowed Michael Tyrone Cooper to drive this truck and we do not know of any alleged violation of said act, only that it has been alleged that our son/grandson violated said act. We deny that either one of us was given "verbal notification" alleging that "Cooper was a drug dealer and that the Defendant Vehicle was being used to conduct and facilitate the illegal sale, transportation, and possession (sic) illegal drugs." We adamantly deny that we are straw owners of the vehicle and affirmatively state that we have controlled and held dominion over the "Defendant Vehicle".

3. We are innocent owners of the 2000 Ford F-150 truck. We attach a copy of the Certificate of Title to said truck to this claim as evidence of ownership. (Exhibit "A").

4. That the seizure of our vehicle is causing a hardship on our family and we request a hardship release of the truck back to us during the pendency of the forfeiture proceeding.

WHEREFORE, THE PREMISES CONSIDERED, we hereby file this claim and respectfully request for release of the seized property.

## AFFIDAVIT

STATE OF ALABAMA   )
CHILTON COUNTY     )

Before me, the undersigned authority, personally appeared **Calvin Ann Sartain and Irene Nunn,** the property owners in the above-styled Verified Claim of Owners to Contest Forfeiture, who are known to me and who, being duly sworn, under oath and under penalty of perjury, depose and say that the averments contained in the foregoing Verified Claim of Owners to Contest Forfeiture were prepared at their direction and are true and correct to the best of their knowledge, information and belief.

_____
**Calvin Ann Sartain**

_____
**Irene Nunn**

SWORN TO AND SUBSCRIBED before me this the 22nd day of September, 2005.

_____
Notary Public
My Commission Expires: 9/12/07

_____
Joel S. Rogers, III
Attorney for Calvin Ann Sartain & Irene Nunn
Post Office Box 1580
Clanton, Alabama 35046-1580
Telephone: (205) 755-7880
Facsimile: (205) 755-7881
Email: joelsrogers@bellsouth.net
Bar No.: ASB-4922-R52J

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing upon all counsel of record as listed below by placing a copy of same in U.S. Mail, postage pre-paid and properly addressed this the 23rd day of September, 2005.

John T. Harmon
Asst. US Attorney
Post Office Box 197
Montgomery, AL 36101-0197

_____
Joel S. Rogers, III