**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

PSN 4

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED | 2:05cv720-M |
| DEFENDANT | 2005 AUG -2 P 4: 42 | TYPE OF PROCESS |
| One 2000 Ford F-150 Truck, VIN: 2FTRX07LXYCA74424 | | Notice |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
MONTGOMERY ADVERTISER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P. O. BOX 1000; MONTGOMERY AL 36101-1000

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

05-DEA-449448

RECEIVED 2005 AUG 18 A 8:01 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 8/2/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 8/23/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

RETURNED AND FILED

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

SEP 26 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

| Date 9/23/05 | Time 3:20 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy
Karen A. Chavers

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.06 | | |

REMARKS: 8/26/05 C.M. # 7001 1140 0001 8579 6561
To be published 8/31, 9/7, 9/14/05
9/23/05 Paid invoice

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|