U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

PSN 7. ✓

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 2:05CV 720-M |
|---|---|
| DEFENDANT One 2000 Ford F150 Truck, VIN: 2FTRX07LXYCA71424 | TYPE OF PROCESS Notice |

RECEIVED 2005 AUG -2 P 4:42

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**CLANTON ADVERTISER**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1109 7TH STREET, NORTH; CLANTON AL 35046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED 2005 AUG 18 A 8:07 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

05-DEA-449448
(205)755-5747

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (334) 223-7280
DATE 8/2/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 8/23/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

RETURNED AND FILED

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

SEP 26 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT

| Date 9/23/05 | Time 15:15 ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
Kaun A. Chavers

| Service Fee 45.00 | Total Mileage Charges including *endeavors* | Forwarding Fee 8.00 | Total Charges 53.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
8/26/05 cm # 7001 1140 0001 8579 6578
To be published 8/31, 9/7, 9/14/05
8/30/05 Received green card signed "Peggy Kelley"
9/23/05 Paid invoice

PRIOR EDITIONS MAY BE USED   **PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00