IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      :
                               :
              PLAINTIFF,       :
                               :
        v.                     :    CIVIL ACTION NO. 2:05cv720-M
                               :
ONE 2000 FORD F-150 TRUCK,     :
VIN 2FTRX07LXYCA71424,         :
WITH ALL APPURTENANCES         :
AND ATTACHMENTS THEREON,       :
                               :
              DEFENDANT.       :
```

REPORT OF RULE 26(f) PLANNING MEETING

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1.    Pursuant to Fed.R.Civ.P.26(f), a meeting was held by telephone between John T. Harmon (for the United States of America) and Joel S. Rogers, III (for Claimants Calvin Ann Sartain and Irene Nunn).

2.    Pre-Discovery Disclosures.    The parties will exchange by December 19, 2005, the information required by Fed.R.Civ.P.26(a)(1).

3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

a)    Circumstances surrounding the alleged use and involvement of the Defendant vehicle in violations of 21 U.S.C. § 801 et seq.;

b)    The claims and defenses raised by the parties in their pleadings;

c)    All discovery commenced in time to be completed by February 28, 2006;

d)    Maximum of 35 interrogatories by each party to any other party;

e)    Maximum of 30 requests for production by each party to any other party;

f)    Maximum of 15 requests for admissions by each party to any other party;

g)    Maximum of six depositions for each party;

h)    Each deposition is limited to maximum of seven hours, unless extended by agreement of the parties;

i)    Reports from retained experts under Rule 26(a)(2) are due:

From Plaintiff by January 31, 2006;

From Claimant by February 28, 2006.

j)    Supplementation under Rule 26(e) is due within 21 days of discovery and no later than February 28, 2006.

4.    Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on July 10, 2006.

The parties should be allowed until January 18, 2006, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by April 7, 2006.

Settlement cannot be evaluated prior to receipt of discovery and/or filing of dispositive motions and responses thereto.

Final lists of witnesses under Rule 26(a)(3) shall be due from the parties on June 21, 2006. Final lists of exhibits under Rule 26(a)(3) shall be due July 6, 2006.

Parties shall have until seven days before trial, or August 14, 2006, to file objections to the witnesses or exhibits under Rule 26(a)(3).

The case should be ready for trial by August 21, 2006, and at this time is expected to take approximately 1 day to try.

Respectfully submitted this 18th day of November, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2005, I electronically filed the foregoing Report of Rule 26(f) Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joel S. Rogers, III.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J