IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv720-M |
| ) | |
| ONE 2000 FORD F-150 TRUCK, ) | |
| VIN 2FTRX07LXYCA71424, WITH ALL ) | |
| APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

11/17/05
DATE

SIGNATURE   Joel S. Rogers, III
            Carolyn Ann Cooper Santana
            _____ N_____

COUNSEL FOR (print name of all parties)

P.O. Box 1580 Clanton, AL 35046
ADDRESS, CITY, STATE, ZIP CODE

(205) 755-7880
TELEPHONE NUMBER

*** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***

3