# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 11/29/05

DATE COMPLETED: 11/29/05

DIGITAL RECORDING: 10:36 - 10:42

USA

vs

2:05cv720-VPM

One 2000 Ford F-150 Truck,

CLAIMANT: Calvin Ann Sartain, Irene Nunn

---

| PLAINTIFF | APPEARANCES: | CLAIMANT |
|---|---|---|
| John T. Harmon | | Joel Sims Rogers, III |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Scheduling Conference

| Description | 2:05cv720-VPM: USA vs. One 2000 Ford F-150 Truck: CLAIMANT: Calvin Ann Sartain, Irene Nunn: SCHEDULING CONFERENCE | |
|---|---|---|
| Date | 11/29/2005 | Location: Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 10:36:30 AM | Court | Opens Proceeding with question as to any dispute of Ownership of Ford Truck |
| 10:38:02 AM | Plaintiff | Responds |
| 10:38:25 AM | Court | Questions Mr. Cooper as a registered owner of the truck |
| 10:39:26 AM | Attorneys | Approach bench with title |
| 10:40:15 AM | Court | Questions locality of witnesses and documents |
| 10:40:29 AM | Parties | All within Alabama |
| 10:41:00 AM | Court | Non-Jury Term 8/21/2006; Any settlement possibility |
| 10:41:35 AM | Plaintiff | Will explore the possibility; Scheduling order to be issued |
| 10:42:58 AM | | Court in Recess |