```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     PLAINTIFF, | : |
| | : |
|     v. | :    CIVIL ACTION NO. 2:05cv720-M |
| | : |
| ONE 2000 FORD F-150 TRUCK, | : |
| VIN 2FTRX07LXYCA71424, | : |
| WITH ALL APPURTENANCES | : |
| AND ATTACHMENTS THEREON, | : |
| | : |
|     DEFENDANT. | : |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have discussed settlement but no resolution has been reached. Settlement discussions will continue. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 5th day of May, 2006.

                                  FOR THE UNITED STATES ATTORNEY
                                        LEURA G. CANARY

                                /s/John T. Harmon
                                John T. Harmon
                                Assistant United States Attorney
                                Office of the United States Attorney
                                Middle District of Alabama
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                Telephone:(334) 223-7280
                                Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joel S. Rogers, III.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197