IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     PLAINTIFF, | * | |
| | * | |
| VS. | * | Civil Action No.: 2:05cv720-VPM |
| | * | |
| ONE 2000 FORD F-150 TRUCK, | * | |
| VIN 2FTRX07LXYCA71424, | * | |
| WITH ALL APPURTENANCES | * | |
| AND ATTACHMENTS THEREON, | * | |
|     DEFENDANT. | * | |

**MOTION TO CONTINUE**

COME NOW the Claimants, Calvin Ann Sartain and Irene Nunn, by and through their counsel of record, Joel S. Rogers, III, and move this Honorable Court to continue the above-styled cause and as grounds for the said Motion, would set forth the following:

1. That this matter is set for non-jury docket commencing August 21, 2006 at 9:00 a.m. The August 21, 2006 trial date is the first trial date scheduled in this matter, and there have been no prior continuances in this cause.

2. That counsel for the Plaintiffs has two (2) trials, one jury and one non-jury, set in the Circuit Court of Shelby County, Alabama commencing August 21, 2006 at 9:00 a.m.

3. That neither party would be prejudiced by a continuance.

RESPECTFULLY SUBMITTED this the 5th day of July, 2006.

/s/ Joel S. Rogers, III
**Joel S. Rogers, III**
Attorney at Law
Post Office Box 1580
Clanotn, Alabama 35046-1580
Telephone: (205) 755-7880
Facsimile: (205) 755-7881
Bar No.: ASB-4922-R52J

email: joelsrogers@bellsouth.net

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 5th day of July, 2006, the foregoing document was filed by electronic means with the Clerk of this Court, which will send notice of such filing to the following counsel and/or parties:

Mr. John T. Harmon, Esq.
Asst. US Attorney
Post Office Box 197
Montgomery, AL 36101-0197

                              /s/ Joel S. Rogers, III
                              **Joel S. Rogers, III**