IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV720-VPM |
| | ) | [WO] |
| ONE 2000 FORD F-150 TRUCK, | ) | |
| VIN 2FTRX07LXYCA71424, WITH | ) | |
| ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On 5 July 2006, the claimants filed a Motion to Continue the trial (Doc. # 20). The government does not object to the motion. Accordingly, it is

ORDERED that the motion is GRANTED. It is further

ORDERED as follows:

1. *Pretrial/Trial*. A pretrial hearing of this cause is scheduled for the 26th day of January, 2007 at 11:00 a.m. in Montgomery, Alabama, and the non-jury trial is set for 5 March 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. *Other Deadlines*: All other deadlines set in the previous Rule 16 Order,

entered on 30 November 2005 (Doc. # 17) shall remain in full force and effect.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE