**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   United States of America v. One 2000 Ford F-150 Truck, Etc.
      Civil Action No. 2:05-cv-00720-VPM

The above-styled case has been reassigned to Judge Wallace Capel, Jr.

Please note that the case number is now **2:05-cv-00720-WC**.

This new case number should be used on all future correspondence and pleadings in this action.