# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 1/26/07           DIGITAL RECORDING: 10:50 - 10:54

DATE COMPLETED: 1/26/07

| | | |
|---|---|---|
| USA | * | 2:05cv720-WC |
| vs | * | |
| ONE 2000 FORD F-150 TRUCK | * | |

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John Harmon | * | Joel Sims Rogers, III |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   FINAL PRETRIAL CONFERENCE

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 2:05cv720-WC: USA vs. One 2000 Ford F-150 Truck: Final Pretrial Hearing | |
| **Date** 1/26/2007 | **Location** | Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 10:50:10 AM | Court | Convenes; Trial Date 3/5/07 discussed; |
| 10:50:46 AM | Attorneys | 3 witnesses for Claimant; 5 for Government; 1/2 day for trial |
| 10:52:09 AM | Claimant | No Need for Revised Pretrial Order |
| 10:52:21 AM | Court | Exhibits should be premarked; Objections will be dealt with before hand; Objections should be short and to the point; |
| 10:53:19 AM | Attorneys | Settlement discussions have been ongoing |
| 10:53:49 AM | Court | March 2, 07 deadline for settlement |
| 10:54:43 AM | | Recess |