IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-720-WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, *et al.* | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## ORDER

Pursuant to the Pretrial Conference held on 26 January 2007, it is ORDERED that:

    1.    Counsel shall prepare at least four (4) copies of all exhibits, two of which shall be bound in tabbed notebooks in the order in which they will be presented. On the morning of the trial, counsel shall deliver one bound notebook containing all of the exhibits to the trial judge, and one unbound, official set of exhibits shall be delivered to the deputy clerk.[1] All exhibits, including the official exhibits, shall be clearly and consistently pre-marked by numbers.[2]

    2.    At the trial, counsel shall refrain from making "speaking objections." Counsel shall limit his or her objection to a short and concise statement of the legally cognizable ground.

---

    [1]The deputy clerk is Mrs. Wanda Robinson.

    [2]Counsel are admonished that it is the court's practice to admit all pre-noticed exhibits at the beginning of the trial unless a written objection has been filed on or before seven (7) days before the trial date.

      3.      Requests for mediation must be made not later than two weeks after the date of this order.

      4.      The parties are to notify the Court of their settlement efforts by 2 March 2007.

The non-jury trial is presently set to commence on March 5, 2007, at 9:00 a.m. in Courtroom 5A, Montgomery, Alabama before the undersigned.

DONE this 26th day of January, 2007.

                            /s/ Wallace Capel, Jr.
                            WALLACE CAPEL, JR.
                            UNITED STATES MAGISTRATE JUDGE