IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          :
                                   :
            PLAINTIFF,             :
                                   :
      v.                           :     CIVIL ACTION NO. 2:05cv720-WC
                                   :
ONE 2000 FORD F-150 TRUCK,         :
VIN 2FTRX07LXYCA71424,             :
WITH ALL APPURTENANCES             :
AND ATTACHMENTS THEREON,           :
                                   :
            DEFENDANT.             :

<u>MOTION TO CONTINUE</u>

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The case agent in this matter, Jeff Moore, was subpoenaed to trial of this matter.  Mr. Moore contacted undersigned counsel, via phone, and stated that he had learned of the subpoena through contact with his former law enforcement employer.  Mr. Moore further stated that he was in Baghdad, Iraq working as a civilian with a logistics firm and that his contract will be completed next January.  Mr. Moore also stated he would return to the United States for a short visit every three months.  The dates for these returns were not scheduled at this time.

Mr. Moore's testimony is critical to the United States' case and trial cannot be conducted without him.  Accordingly, the United States moves the court to continue the trial, now set for March 5, 2007, until such time as the United States can determine when Mr.

Moore will be back in the United States.  Upon such determination, the United States will inform the court so that a trial schedule may be determined.

Opposing counsel was informed of this matter on February 14, 2007.

Respectfully submitted this 14th day of February, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joel S. Rogers, III.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney