MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 2/14/07                    DIGITAL RECORDING: 3:04 - 3:15

DATE COMPLETED: 2/14/07

| | | |
|---|---|---|
| USA | * | 2:05cv720-WC |
| vs | * | |
| ONE 2000 FORD F-150 TRUCK | * | |

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John Harmon | * | Joel Sims Rogers, III |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: TELEPHONE CONFERENCE

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| Description | 2:05cv720-WC: USA vs One 2000 Ford F-150 Truck; Motion Hearing | |
| Date | 2/14/2007 | Location: Courtroom 5A |
| Time | Speaker | Note |
| 3:04:40 PM | Court | Convenes; Identifies his concerns as to the witness |
| 3:06:49 PM | Government | Responds to Court's concern as to the witness |
| 3:09:00 PM | Court | Addresses Statute of the case and defendant's rights to the property |
| 3:11:14 PM | Defendant | Opposes any continuance; discusses previous continuance |
| 3:13:48 PM | Court | To issue order continuing trial until 5/7/07 |
| 3:15:39 PM | | Recess |