IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-720-WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ON MOTION**

On February 14, 2007, counsel for the United States of America filed a motion to continue the trial currently set to commence on Monday, March 5, 2007, because one of its critical witnesses could not attend the trial (Doc. #26). The Court conducted a telephone conference with counsel for the parties that same day (Doc. #27). During the conference, counsel for Defendant opposed the continuance (Doc. #27). The Court also observed that counsel for Defendant previously moved to continue the trial in this matter, because counsel had a scheduling conflict (Doc. #20, #21). Because Defendant's motion was granted, and this is the United States' first request for a continuance, it is

ORDERED that the motion (Doc. #27) is GRANTED. A non-jury trial in the above-captioned case now will commence on **Wednesday, May 9, 2007**, before the undersigned Magistrate Judge at 9:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Counsel for the United States shall contact the Court within two weeks of the set trial

date if its critical witness cannot attend the trial. Trial will proceed at that point, as the Court will not order any further continuances in this matter.

    DONE this 15th day of February, 2007.

                                          <u>Wallace Capel, Jr.</u>
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE