IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-720-WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On April 11, 2007, the parties advised the Court that they have settled their dispute. Accordingly, it is

ORDERED that on or before May 2, 2007, the parties shall file a Joint Stipulation finally dismissing all Plaintiff's claims with prejudice.

DONE this 12th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE