IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv720-WC |
| | : | |
| ONE 2000 FORD F-150 TRUCK, | : | |
| VIN 2FTRX07LXYCA71424, | : | |
| WITH ALL APPURTENANCES | : | |
| AND ATTACHMENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

<u>MOTION TO SUBMIT PROPOSED
STIPULATION FOR COMPROMISE SETTLEMENT</u>

Pursuant to the attached Stipulation for Compromise Settlement, the United States of America (United States) respectfully moves this Court to approve the proposed Stipulation and remove this matter from the trial docket set for May 9, 2007. Upon payment of the sum specified, the United States will submit a proposed Decree of Forfeiture and a joint stipulation of dismissal.

A proposed order is attached.

Respectfully submitted this 26th day of April, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joel S. Rogers, III.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney