IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 2:05cv720-WC |
| ONE 2000 FORD F-150 TRUCK, VIN 2FTRX07LXYCA71424, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| DEFENDANT. | : |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States) and Calvin Ann Sartain and Irene Nunn (Claimants) by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Claimants agree to pay the sum of One Thousand Dollars ($1,000.00) as a substitute for the Defendant property. Claimants also consent to the entry of a Decree of Forfeiture forfeiting the substitute currency to the United States to be disposed of according to law and this Stipulation for Compromise Settlement. This payment shall be made 60 days after the execution of this Stipulation.

3. The United States agrees to release the following property to Claimants' attorney, Joel S. Rogers, III: One 2000 Ford F-150 Truck, VIN: 2FTRX07LXYCA71424. Claimants further agree to accept the vehicle to be returned "as is".

4. Claimants release the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimants, Claimants' heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant property. The Claimants expressly waive the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States of America, including but not limited to Title 28, United States Code, Section 2412. This express waiver in no way limits the general release as specified above.

5. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement, neither party admits wrongdoing or liability on any basis.

6. Each party will bear its own costs except as herein stated above.

```
                              FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


Date: 4/24/7                  _____
                              JOHN T. HARMON
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              United States of America



Date: 4/23/07                 _____
                              JOEL S. ROGERS, III
                              Attorney for Claimants Calvin
                              Ann Sartain and Irene Nunn
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail:  John.Harmon@usdoj.gov


For Claimants:

Post Office Box 1580
Clanton, Alabama 35046-1580
Telephone (205) 755-7880
Facsimile (205) 755-7881
E-mail: joelsrogers@bellsouth.net