IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-720WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ON MOTION**

Upon consideration of the motion of the United States to submit a Proposed Stipulation for Compromise Settlement (Doc. #30), it is hereby

ORDERED that the motion is GRANTED. The Court will enter a separate order dismissing the action.

Done this 27th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE