IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-720WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, *et al.* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of the parties' proposed Stipulation (Doc. #30-2), it is

ORDERED that the Court approves the proposed Stipulation. It is further

ORDERED that the trial scheduled to commence on May 9, 2007, in this case is CANCELLED. The United States is further

ORDERED to submit a proposed Decree of Forfeiture and a Joint Stipulation of Dismissal.

Done this 1st day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE