IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv720-WC |
| | : | |
| ONE 2000 FORD F-150 TRUCK, | : | |
| VIN 2FTRX07LXYCA71424, | : | |
| WITH ALL APPURTENANCES | : | |
| AND ATTACHMENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

### MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Order for Notice In Rem, and the Stipulation for Compromise Settlement between the United States and Claimants Calvin Ann Sartain and Irene Nunn.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 26th day of June, 2007.

           FOR THE UNITED STATES ATTORNEY
               LEURA G. CANARY

           /s/John T. Harmon
           John T. Harmon
           Assistant United States Attorney
           Office of the United States Attorney
           Middle District of Alabama
           One Court Square, Suite 201 (36104)
           Montgomery, Alabama 36101-0197
           Telephone:(334) 223-7280
           Facsimile:(334) 223-7560
           Bar Number: 7068-II58J

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2007, I electronically filed the foregoing Motion for Decree of Forfeiture and Proposed Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joel S. Rogers, III.

           /s/John T. Harmon
           John T. Harmon
           Assistant United States Attorney