IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv720-WC |
| | ) | |
| ONE 2000 FORD F-150 TRUCK, | ) | |
| VIN 2FTRX07LXYCA71424, | ) | |
| WITH ALL APPURTENANCES | ) | |
| AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion of the United States for a Decree of Forfeiture (Doc. #33), it is

ORDERED that the motion is GRANTED. The Court will enter a separate Decree of Forfeiture.

DONE this the 26th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE