IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv720-WC |
| | ) | |
| ONE 2000 FORD F-150 TRUCK, | ) | |
| VIN 2FTRX07LXYCA71424, | ) | |
| WITH ALL APPURTENANCES | ) | |
| AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

DECREE OF FORFEITURE

On August 2, 2005, a Verified Complaint for Forfeiture In Rem against the Defendant

2000 Ford F-150 Truck, VIN: 2FTRX07LXYCA71424, with all appurtenances and

attachments, was filed on behalf of the United States of America (United States). The

Complaint alleges that the Defendant property was used or intended to be used to commit or

to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title

21, United States Code, Sections 801 et seq.; therefore, the Defendant property is subject to

forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(4).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant and Summons for Arrest In Rem issued by this Court, the

United States Marshals Service for the Middle District of Alabama arrested the Defendant

property on August 24, 2005;

That on August 31, September 7 and 14, 2005, notice of this action was published in

the <u>Montgomery Advertiser</u> and <u>Clanton Advertiser</u> newspapers;

That on August 26, 2005, Calvin Ann Sartain accepted service, on behalf of Michael Cooper, from the United States Marshals Service of a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant and Summons for Arrest <u>In Rem</u>, and Notice of Complaint of Forfeiture and Summons;

That on August 26, 2005, Calvin Ann Sartain accepted service, on behalf of Irene Nunn, from the United States Marshals Service of a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant and Summons for Arrest <u>In Rem</u>, and Notice of Complaint of Forfeiture and Summons;

That on August 26, 2005, Michele Glass accepted service, on behalf of Joel S. Rogers, III, Attorney at Law, from the United States Marshals Service of a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant and Summons for Arrest <u>In Rem</u>, and Notice of Complaint of Forfeiture and Summons;

That on August 26, 2005, Calvin Ann Sartain was personally served, by the United States Marshals Service, with a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant and Summons for Arrest <u>In Rem</u>, and Notice of Complaint of Forfeiture and Summons;

That on September 26, 2005, Calvin Ann Sartain and Irene Nunn filed a Claim and Answer to the Verified Complaint;

On April 26, 2007, the United States and Claimants Calvin Ann Sartain and Irene Nunn entered into a Stipulation for Compromise Settlement whereby Claimants agreed to pay

the United States the sum of One Thousand Dollars ($1,000.00) as a substitute <u>res</u> for the

Defendant property, and the United States agreed to release the Defendant property; and,

No other claim or answer has been filed on behalf of any other party;

Now, therefore, on motion of the United States for a Decree of Forfeiture, and for

good cause otherwise shown, it is hereby ORDERED, ADJUDGED, AND DECREED as

follows:

1.    The One Thousand Dollars ($1,000.00) Dollars specified in the Stipulation

will be made a substitute <u>res</u> for the Defendant property;

2.    The One Thousand Dollars ($1,000.00) is forfeited to the United States and no

right, title or interest in the Defendant property shall exist in any other party

and it shall be disposed of according to law; and,

3.    The United States will release the Defendant property to Claimants' attorney,

Joel S. Rogers, III.

DONE this the 26th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE