IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA,   :
                                 :
              PLAINTIFF,   :
                                 :
           v.          :   CIVIL ACTION NO. 2:05cv720-WC
                                 :
ONE 2000 FORD F-150 TRUCK,   :
VIN 2FTRX07LXYCA71424,   :
WITH ALL APPURTENANCES   :
AND ATTACHMENTS THEREON,   :
                               :
            DEFENDANT.   :


<u>MOTION TO DISMISS</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and respectfully moves the Court to dismiss this case with prejudice, stating as follows:

All issues in this case have been resolved.

A Joint Stipulation of Dismissal and proposed Order are attached and filed herewith.

Respectfully submitted this 3rd day of July, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J



CERTIFICATE OF SERVICE

   I hereby certify that on July 3, 2007, I electronically filed

the foregoing Motion and Proposed Order with the Clerk of the Court

using the CM/ECF system which will send notification of such filing

to the following: Joel S. Rogers, III.



/s/John T. Harmon
John T. Harmon
Assistant United States Attorney