IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL ACTION NO. 2:05cv720-WC |
| ONE 2000 FORD F-150 TRUCK, VIN 2FTRX07LXYCA71424, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| DEFENDANT. | : | |

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Claimants Calvin Ann Sartain and Irene Nunn (Claimants) by and through their respective attorney, and hereby state as follows:

1. The parties respectfully move the Court to dismiss this case with prejudice.

2. As grounds, the parties would show that all issues in this case have been resolved.

3. All parties will bear their own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 7/3/07

JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 6/27/07

_____
JOEL S. ROGERS, III
Attorney for Claimants Calvin Ann
Sartain and Irene Nunn

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov


For Claimants:

Law Office of Joel S. Rogers, III
Post Office Box 1580
Clanton, Alabama 35046-1580
Telephone: (205) 755-7880
Facsimile: (205) 755-7881
E-mail: joelsrogers@bellsouth.net