IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 2:05cv720-WC |
| ONE 2000 FORD F-150 TRUCK, VIN 2FTRX07LXYCA71424, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
| DEFENDANT. | : |

O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE