IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv720-WC |
| | ) |
| ONE 2000 FORD F-150 TRUCK, | ) |
| VIN 2FTRX07LXYCA71424, | ) |
| WITH ALL APPURTENANCES | ) |
| AND ATTACHMENTS THEREON, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER ON MOTION**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties, and the Motion to Dismiss (Doc. #36) filed by the United States of America, it is

ORDERED that the Motion to Dismiss (Doc. #36) is GRANTED. It is further

ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

DONE this 5th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE